# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JOHN J. BUCKSHAW,                    :

          Plaintiff,        :        CIVIL ACTION NO. 1:12-0890

    v.                                :                (RAMBO, D.J.)
                                                       (MANNION, M.J.)
ASSISTANT ATTORNEY                   :
GENERAL and UNITED STATES
DEPARTMENT OF JUSTICE,               :

        Defendants.          :


## REPORT AND RECOMMENDATION[1]

On May 14, 2012, the plaintiff, John J. Buckshaw, filed this *pro se* complaint pursuant to 42 U.S.C. §1983.  (Doc. No. 1). Although the plaintiff has not filed an application to proceed *in forma pauperis*, on page 6 of his complaint, he does request permission to proceed *in forma pauperis*, thus the court is giving the complaint preliminary consideration pursuant to 28 U.S.C. §1915.

In his complaint, Buckshaw requests relief in the form of an injunction and a stay of state court proceedings for an arrest warrant that was issued in 1994 for an incident that occurred on the University of Pittsburgh campus.

---

[1] For the convenience of the reader of this document in electronic format, hyperlinks to the court's record and to authority cited have been inserted. No endorsement of any provider of electronic resources is intended by the court's practice of using hyperlinks.

Because the Western District of Pennsylvania is the judicial district where "a substantial part of the events or omissions giving rise to the claim occurred," pursuant to 28 U.S.C. §1391, it is recommended that the case be **TRANSFERRED** to the Western District of Pennsylvania for disposition.

s/  *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**Date: May 24, 2012**

O:\shared\REPORTS\2012 Reports\12-0890-01.wpd

2